*General Olney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 588. D. O. NORTON & SON ET AL. *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *H. Mason Welch* and *J. Joseph Barse* for petitioners. *Everett A. Corten* for the Industrial Accident Commission of California, respondent.

No. 590. HICKOK ET AL. *v.* TOLEDO SOCIETY FOR CRIPPLED CHILDREN ET AL. Supreme Court of Texas. Certiorari denied. *Frank A. Harrington* and *Henry W. Seney* for petitioners. *Charles L. Black, Virgil T. Seaberry, Bert P. Hebenstreit, Wayne E. Stichter* and *LeRoy E. Eastman* for respondents.

No. 594. HUMBLE OIL & REFINING Co. *v.* SHEPPERD, ATTORNEY GENERAL. Court of Civil Appeals of Texas, Ninth Supreme Judicial District. Certiorari denied. *Felix A. Raymer* and *Rex G. Baker* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Phillip Robinson,* Assistant Attorney General, for respondent.

No. 600. DORRIS, COUNTY CHAIRMAN OF DEMOCRATIC PARTY OF LUZERNE COUNTY, *v.* LLOYD ET AL., COUNTY COMMISSIONERS OF LUZERNE COUNTY. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Daniel J. Flood* and *James Lenahan Brown* for petitioner.

No. 514. WASHINGTON DEPARTMENT OF GAME ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Don Eastvold,* Attor-